IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. **1 : 19 CR 90** |
| DEAYRE HORTON aka ANGELO HORTON, | ) ) ) ) | Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 924(c)(1)(A)(i); Title 21, United States Code, Section 841(a)(1) |
| Defendant. | ) | and (b)(1)(C), |

JUDGE BOYKO

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

On or about October 26, 2018, in the Northern District of Ohio, Eastern Division, Defendant DEAYRE HORTON aka ANGELO HORTON, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Robbery, in Case Number CR-05-470910, in the Cuyahoga County Common Pleas Court, on or about July 10, 2006; and Attempted Murder with a Firearm Specification (two counts), in Case Number CR-04-458323, in the Cuyahoga County Common Pleas Court, on or about July 10, 2006, did knowingly possess in, and affecting interstate and foreign commerce, a firearm, to wit: a Taurus 9mm caliber pistol, serial number TJM49632, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2
(Possession with Intent to Distribute Cocaine Base, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

On or about October 26, 2018, in the Northern District of Ohio, Eastern Division, Defendant DEAYRE HORTON aka ANGELO HORTON, did knowingly and intentionally possess with the intent to distribute approximately 5.26 grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code Section 841(a)(1) and (b)(1)(C).

## COUNT 3
(Possession with Intent to Distribute Fentanyl and Acetylfentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

On or about October 26, 2018, in the Northern District of Ohio, Eastern Division, Defendant DEAYRE HORTON aka ANGELO HORTON, did knowingly and intentionally possess with the intent to distribute approximately 9.39 grams of Acetylfentanyl, a Schedule I controlled substance, and Fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code Section 841(a)(1) and (b)(1)(C).

## COUNT 4
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

On or about October 26, 2018, in the Northern District of Ohio, Eastern Division, Defendant DEAYRE HORTON aka ANGELO HORTON, possessed a firearm in furtherance of a drug trafficking crime, to wit: Possession With Intent to Distribute cocaine base, Acetylfentanyl, and Fentanyl, in violation of code sections 21 U.S.C. §§ 841(a)(1) and

(b)(1)(C)), as charged in counts 2 and 3 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.